*In re* JOSÉ A. FELICIANO RODRÍGUEZ.

*Número:* TS-3317          *Resuelto:* 24 de junio de 2005

*José A. Feliciano Rodríguez*, peticionario.

## RESOLUCIÓN

Examinada la Petición de Reinstalación al Notariado, presentada por el Lcdo. José A. Feliciano Rodríguez, se autoriza la reinstalación del licenciado Feliciano Rodríguez al ejercicio de la notaría, efectivo inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Hernández Denton y el Juez Asociado Señor Rebollo López no intervinieron.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*